### No. 10-10822. In re Niveen Ismail, Petitioner.

564 U.S. 1035, 131 S. Ct. 3081, 180 L. Ed. 2d 906, 2011 U.S. LEXIS 4862.

June 27, 2011. Petition for writ of habeas corpus denied.

### No. 10-10843. In re James Harmon, III, Petitioner.

564 U.S. 1035, 131 S. Ct. 3081, 180 L. Ed. 2d 906, 2011 U.S. LEXIS 4856.

June 27, 2011. Petition for writ of habeas corpus denied.

### No. 10-10173. In re Terry G. Parnell, Petitioner.

564 U.S. 1035, 131 S. Ct. 3072, 180 L. Ed. 2d 906, 2011 U.S. LEXIS 4920.

June 27, 2011. Petition for writ of mandamus denied.

### No. 10-10138. In re Susan Rose, Petitioner.

564 U.S. 1035, 131 S. Ct. 3069, 180 L. Ed. 2d 906, 2011 U.S. LEXIS 4813.

June 27, 2011. Petition for writ of mandamus and/or prohibition denied.

### No. 09-10053. Dennis Mitchell, Petitioner v. United States.

564 U.S. 1049, 131 S. Ct. 3084, 180 L. Ed. 2d 906, 2011 U.S. LEXIS 4932.

June 27, 2011. Petition for rehearing denied.

Former decision, 561 U.S. 1028, 130 S. Ct. 3506, 177 L. Ed. 2d 1096, 2010 U.S. LEXIS 5392.

### No. 10-1098. Kenika M. Threatt, Petitioner v. Shaun Donovan, Secretary of Housing and Urban Development.

564 U.S. 1049, 131 S. Ct. 3084, 180 L. Ed. 2d 906, 2011 U.S. LEXIS 4935.

June 27, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 938, 131 S. Ct. 2118, 179 L. Ed. 2d 894, 2011 U.S. LEXIS 2995.